UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KRYSTAL TATE LAYNE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 1:04-CV-77/ 1:01-CR-42<br><br>Chief Judge Curtis L. Collier |

## O R D E R

For the reasons set forth in the accompanying Memorandum, the Court finds Petitioner Krystal Tate Layne's conviction and sentencing were not in violation of the Constitution or laws of the United States and therefore **DENIES** Petitioner's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Court File No. 1). Further, the Court certifies any appeal in this matter by Petitioner would not be taken in good faith and no certificate of appealability will issue pursuant to 28 U.S.C. § 2253(c). Accordingly, the Court **DENIES** Petitioner's Petition for Issuance of a Certificate of Appealability (Court File No. 2).

    **SO ORDERED.**

    **ENTER:**

    **/s/**
    **CURTIS L. COLLIER**
    **CHIEF UNITED STATES DISTRICT JUDGE**